

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2015

No. 04-14-00685-CV

**AMERICAN CASUALTY CO. OF READING, PENN.,**
Appellant

v.

Denise **BUSHMAN** as Beneficiary of Clayton F. Bushman, Jr., Deceased,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-0823-CV
Honorable W.C. Kirkendall, Judge Presiding

## O R D E R

The Appellee's Second Unopposed Motion to Extend Time to File Brief is GRANTED. The appellee's brief is due on March 16, 2015. No further extensions.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court